IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FAROOK RAGHANI,  §<br>  Plaintiff, §<br>  §    No. 3:10-CV-2014-M-BF<br>v. §<br>  §<br>UNITED STATES CITIZENSHIP & §<br>IMMIGRATION SERVICES, §<br>  Defendant. § | |

### ORDER ACCEPTING AMENDED FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Amended Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant's Motion to Dismiss is granted. Accordingly, judgment shall enter dismissing with prejudice Plaintiff's claims against Defendant.

**SO ORDERED** this 11th day of October, 2011.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS